UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, GERAN GAO, PRANIL
TITARE, KUNZHE SONG, NAGA
MANIKANTA CHIGURUPATI,
AISHWARYA SHRESTHA, SRIKANTH                    Case No. 1:25-cv-419
BOPPUDI, DHANUSH POTHUGUNTA,
HARSHIT GAZIBANDA, and NAG IZAAZ               HON. JANE M. BECKERING
SHAIK,

       Plaintiffs,

v.

KRISTI NOEM, et al.,

       Defendants.

_____/

## TEMPORARY RESTRAINING ORDER

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Defendants and their officers, agents, servants,

employees, attorneys, and those in active concert or participation with them are TEMPORARILY

RESTRAINED and ENJOINED in the following manner:

1. Defendants Noem and Lyons shall set aside the F-1 student record termination decisions as to Plaintiffs;

2. Defendants Noem and Lyons shall restore each Plaintiff's F-1 student record in the Student and Exchange Visitor Information System (SEVIS), retroactive to the date of termination;

3. Defendants Noem and Lyons shall not terminate Plaintiffs' F-1 student records in SEVIS absent a valid ground for termination of nonimmigrant status as set forth in 8 C.F.R. § 214.1(d) or a failure to comply with the terms and conditions of F-1 nonimmigrant student status as set forth in 8 C.F.R. § 214.2(f), and absent adherence to Plaintiffs' constitutional and statutory rights;

4. All Defendants are prohibited from revoking Plaintiffs' Optional Practical
   Training employment authorizations;

5. All Defendants are prohibited from arresting, detaining, or transferring
   Plaintiffs out of the current jurisdiction in which they are located, or ordering
   the arrest, detention, or transfer of Plaintiffs out of the jurisdiction where they
   are currently located, without first providing adequate notice to both this Court
   and Plaintiffs' counsel as well as time to contest any such action; and

6. All Defendants are prohibited from initiating removal proceedings against or
   deporting any Plaintiff on the basis of the termination of their F-1 student record
   in SEVIS.

   **IT IS FURTHER ORDERED**, in the Court's discretion, that the security requirement of

FED. R. CIV. P. 65(c) is WAIVED.

   **IT IS FURTHER ORDERED** that this Temporary Restraining Order shall be effective

immediately and will expire 14 days from the date of entry unless, pursuant to FED. R. CIV. P.

65(b)(2), the Court extends it for good cause shown or Defendants consent to an extension.

   Plaintiffs shall provide copies of this Temporary Restraining Order to their respective

educational institutions.

Dated:  April 23, 2025                                     /s/ Jane M. Beckering
                                                         JANE M. BECKERING
                                                         United States District Judge