UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, et al.,

       Plaintiffs,                                  Case No. 1:25-cv-00419-JMB-PJG

v.                                             Hon. Jane M. Beckering

KRISTI NOEM, et al.,

       Defendants.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Evidentiary Hearing
Date/Time:               May 6, 2025   10:00 AM
District Judge:         Jane M. Beckering
Place/Location:       601 Federal Building, Grand Rapids, MI

                                                              JANE M. BECKERING
                                                              United States District Judge

Dated:  April 23, 2025            By:     /s/ Lauren E. Packard_____
                                                               Judicial Assistant