UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.
_____/

Case No. 1:25-cv-00419-JMB-PJG

Hon. Jane M. Beckering

## ORDER

Pending before the Court is Plaintiffs' Second Motion for Order to Show Cause (ECF No. 28). Having reviewed the motion, the Court will require Defendants to file a response not later than 5:00 p.m. on Friday, May 2, 2025.

IT IS SO ORDERED.

Dated: May 1, 2025

    /s/ Jane M. Beckering
    JANE M. BECKERING
    United States District Judge