UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, et al.,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.
_____/

Case No. 1:25-cv-00419-JMB-PJG

Hon. Jane M. Beckering

## ORDER

Pending before the Court is Plaintiffs' Unopposed Motion for Joinder (ECF No. 32), seeking leave of court to join Muhammad Shahroz Sabir as an additional Plaintiff to this litigation. The Court having reviewed the filing: IT IS HEREBY ORDERED that the Unopposed Motion for Joinder (ECF No. 32) is GRANTED.

IT IS SO ORDERED.

Dated: May 2, 2025

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge