UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MADAN B K, et al. | Case No. 1:25-cv-00419 |
| Plaintiffs, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| KRISTI NOEM, et al., | Hon. Phillip J. Green<br>U.S. Magistrate Judge |
| Defendants. | |

**ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND
TO PLAINTIFFS SECOND MOTION FOR AN ORDER TO SHOW CAUSE**

Upon consideration of the parties' stipulation to extend Defendants' deadline to respond to Plaintiffs' motion for an order to show cause,

THE COURT HEREBY ORDERS that Defendants' deadline to respond is extended to no later than 5:00 p.m. on May 5, 2025.

BY THE COURT:

Dated:  May 2, 2025                                      /s/ Jane M. Beckering
                                                          Hon. Jane M. Beckering
                                                          United States District Judge