UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, GERAN GAO, PRANIL TITARE, KUNZHE SONG, NAGA MANIKANTA CHIGURUPATI, AISHWARYA SHRESTHA, SRIKANTH BOPPUDI, DHANUSH POTHUGUNTA, HARSHIT GAZIBANDA, NAG IZAAZ SHAIK, AVINASH KOMMULA, MADHURI YADAV CHEKUTTY, SHANMUKHA SRINIVAS RALI, SALAM ALAJAMI, RITA MAWUENA KPORMEGO, GUANHUA YAO, AJAY TIMALSINA, DONGFANG JI, RONIT RAJESH SHETTY, SARJIB KARKI, TSHAINA MUTAMBA, SARAH QIYU TAY, ZHENG DONG, SHARANYA JAVVAJI, SRUJANA PAMIDIMUKKALA, NIKHIL GAZIBANDA, ESHIKA SINGH, TEJA SRI KOTIPALLI, MANNRAJ SINGH, YUMU ZHONG, and MUHAMMAD SHAHROZ SABIR,

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.

_____/

Case No. 1:25-cv-419

HON. JANE M. BECKERING

## **PRELIMINARY INJUNCTION**

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Defendants and their officers, agents, servants, employees, attorneys, and those in active concert or participation with them are RESTRAINED and ENJOINED in the following manner:

1. Defendants Noem and Lyons shall not terminate Plaintiffs' F-1 and M-1 student records in Student and Exchange Visitor Information System (SEVIS) absent a valid ground for termination of nonimmigrant status as set forth in 8 C.F.R. § 214.1(d) or a failure to comply with the terms and conditions of F-1 and M-1 nonimmigrant student status as set forth in 8 C.F.R. § 214.2(f), and absent adherence to Plaintiffs' constitutional and statutory rights;

2. All Defendants are prohibited from revoking Plaintiffs' Optional Practical Training employment authorizations; and

3. All Defendants are prohibited from arresting, detaining, or transferring Plaintiffs out of the current jurisdiction in which they are located, or ordering the arrest, detention, or transfer of Plaintiffs out of the jurisdiction where they are currently located, without first providing adequate notice to both this Court and Plaintiffs' counsel as well as time to contest any such action.

**IT IS FURTHER ORDERED**, in the Court's discretion, that the security requirement of FED. R. CIV. P. 65(c) is WAIVED.

**IT IS FURTHER ORDERED** that this Preliminary Injunction shall be effective immediately and will remain in effect until further order of the Court.

**IT IS FURTHER ORDERED** that if the parties reach an agreement to modify this Order, then they should file a stipulation and proposed amended preliminary injunction for the Court's review.

Plaintiffs shall provide copies of this Preliminary Injunction to their respective educational institutions.

Dated: May 7, 2025      /s/ Jane M. Beckering
                        JANE M. BECKERING
                        United States District Judge