UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| MADAN B K, et al., | Case No. 1:25-cv-00419 |
| Plaintiffs, | Hon. Jane M. Beckering<br>U.S. District Judge |
| v. | |
| KRISTI NOEM, et al., | Hon. Phillip J. Green<br>U.S. Magistrate Judge |
| Defendants. | |
| _____/ | |

**ORDER EXTENDING DEFENDANTS' DEADLINE TO
RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

Upon consideration of the parties' Stipulation Extending Defendants' Deadline to Respond to Plaintiffs' Amended Complaint (ECF No. 47), the Court grants the Stipulation. Accordingly:

IT IS HEREBY ORDERED that Defendants' deadline to respond to the Amended Complaint (ECF No. 22) is extended to July 17, 2025.

Dated:   June 12, 2025                                        /s/ Jane M. Beckering
                                                                                Hon. Jane M. Beckering
                                                                                United States District Judge