UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, et al.

    Plaintiffs,

v.

KRISTI NOEM, et al.,

    Defendants.
_____/

Case No. 1:25-cv-00419

Hon. Jane M. Beckering
U.S. District Judge

Hon. Phillip J. Green
U.S. Magistrate Judge

## ORDER SETTING DEADLINES

Upon consideration of the parties' Stipulation Setting Deadlines (ECF No. 51), the Stipulation is granted. Accordingly:

IT IS HEREBY ORDERED that Plaintiffs' deadline to file a second amended complaint is July 17, 2025.

IT IS FURTHER ORDERED that Defendants' deadline to respond to the second amended complaint and to file the administrative record, if necessary, is August 14, 2025.

Dated: July 14, 2025

/s/ Jane M. Beckering
Hon. Jane M. Beckering
United States District Judge