UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, et al.,

     Plaintiffs,

                                     Case No. 1:25-cv-419

v.

                                     HON. JANE M. BECKERING

KRISTI NOEM, et al.,

     Defendants.

_____/

## **ORDER**

The appeal in this matter having now been resolved (*see* ECF No. 68) and this case having been reopened pursuant to the Notice of Reopening Case (ECF No. 69):

**IT IS HEREBY ORDERED** that Defendants shall, not later than <u>March 13, 2026</u>, file an answer or other responsive pleading to the Amended Complaint (ECF No. 22).

Dated: February 27, 2026                  /s/ Jane M. Beckering_____
                                     JANE M. BECKERING
                                     United States District Judge