UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADAN B K, et al.

Plaintiffs,

v.

KRISTI NOEM, et al.,

Defendants.
_____________________________________/

Case No. 1:25-cv-00419

Hon. Jane M. Beckering
U.S. District Judge

Hon. Phillip J. Green
U.S. Magistrate Judge

**ORDER EXTENDING DEFENDANTS' DEADLINE TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**

This matter is before the Court on the parties' Stipulation Extending Defendants' Deadline to Respond to Plaintiffs' Amended Complaint (ECF No. 84). The Court, having reviewed the filing, grants the Stipulation. Accordingly:

**IT IS HEREBY ORDERED** that Defendants' deadline to respond to the Amended Complaint (ECF No. 22) is extended to November 6, 2026.

Dated: October 8, 2026

/s/ Jane M. Beckering
Hon. Jane M. Beckering
United States District Judge